1

2                    IN THE UNITED STATES DISTRICT COURT

3                   FOR THE EASTERN DISTRICT OF CALIFORNIA

4

5

6

7   GEORGE AARON, JR.,

8              Plaintiff,          1: 08 CV 0664 AWI WMW PC

9        vs.                       ORDER RE MOTIONS (DOCS 8, 9, 10)

10

11

12   S. CANO, et al.,

13              Defendants.

14

15        Plaintiff has filed motions titled as motions to expedite and motion requesting a first

16   amended complaint.  Plaintiff "requests a first amended complaint to correct deficiencies and

17   raise new claims."  Pursuant to Federal Rule of Civil Procedure 15(a), Plaintiff is granted leave

18   to file an amended complaint.  Plaintiff's motions, construed as a motion for leave to file an

19   amended complaint, are granted.

20        In addition, plaintiff is informed that the court cannot refer to a prior pleading in order to

21   make plaintiff's amended complaint complete.  Local Rule 15-220 requires that an amended

22   complaint be complete in itself without reference to any prior pleading.  This is because, as a

23   general rule, an amended complaint supersedes the original complaint.  See Loux v. Rhay, 375

24   F.2d 55, 57 (9th Cir. 1967).  Once plaintiff files an amended complaint, the original pleading no

25   longer serves any function in the case.  Therefore, in an amended complaint, as in an original

26

1

complaint, each claim and the involvement of each defendant must be sufficiently alleged.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for leave to file an amended complaint is granted; and

2. Plaintiff is granted thirty days from the date of service of this order to file a first amended complaint that complies with the requirements of the Civil Rights Act, the Federal Rules of Civil Procedure, and the Local Rules of Practice; the amended complaint must bear the docket number assigned this case and must be labeled "First Amended Complaint."

IT IS SO ORDERED.

**Dated:** __**February 10, 2009**__ _____**/s/  William M. Wunderlich**_____
UNITED STATES MAGISTRATE JUDGE