IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE AARON, JR.,

       Plaintiff,                    1: 08 CV 00664 AWI YNP SMS (PC)

   vs.                                  ORDER

L. CANO, et al.,

       Defendants.

     On May 8, 2009, an order was entered, finding that the complaint stated a claim as to Defendant L. Cano, but failed to state a claim against the remaining defendants.  Plaintiff was given the option of proceeding against Defendant Cano on the original complaint or filing an amended complaint.  Plaintiff notified the Court that he intended to proceed on the original complaint against Defendant L. Cano.  The Court therefore directed service of process of the original complaint on Defendant Cano, and recommended dismissal of the remaining claims and defendants.

     Plaintiff filed objections to the findings and recommendations, indicating his desire to correct the deficiencies identified in the May 8, 2009, order.  On August 24, 2009, an order was entered, advising Plaintiff that he has two options.  Either proceed on the original complaint or file an amended complaint.  Plaintiff was specifically cautioned that if he chose to file an

amended complaint, the order directing service of the original complaint would be vacated. On September 28, 2009, Plaintiff filed a document titled as a request to supplement the complaint.

In the August 24th order, Plaintiff was advised that one of his two options is to file an amended complaint. Plaintiff was cautioned that the amended complaint would supersede the original complaint, and the Court would not consider any allegations in the original complaint. Plaintiff was not given the option of supplementing the complaint. The Court will, however, grant Plaintiff leave to file an amended complaint. The amended complaint should include all of Plaintiff's claims and all factual allegations in support of his claim. Plaintiff is again advised that the Court will not consider any allegations in the original complaint. The amended complaint should be complete in and of istelf, without any reference to the original complaint.

Accordingly, IT IS HEREBY ORDERED that Plaintiff is granted thirty days from the date of service of this order in which to file an amended that complies with the requirements of the Civil Rights Act, the Federal Rules of Civil Procedure, and the Local Rules of Practice; the amended complaint must bear the docket number assigned this case and must be labeled "First Amended Complaint."

IT IS SO ORDERED.

**Dated:    October 8, 2009**              /s/ Sandra M. Snyder
                                          UNITED STATES MAGISTRATE JUDGE